UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| VAPOR TECHNOLOGY ASSOCIATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil No. 3:24-cv-00074-GFVT |
| v. | ) ) ) | |
| ALLYSON TAYLOR, *in her official capacity as Commissioner of the Kentucky Department of Alcoholic Beverage Control, et al.*, | ) ) ) ) ) | **ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to 28 U.S.C. § 455, the undersigned hereby exercises his discretion to recuse from the above-styled action. General Order No. 22-19 indicates that, in the event of the undersigned's recusal from a Frankfort civil case, the case will be "reassigned to United States District Judge Karen K. Caldwell." Accordingly, it is hereby **ORDERED** that this matter be reassigned pursuant to the guidelines set forth in the General Order and as stated above.

This the 13th day of December, 2024.

Gregory F. Van Tatenhove
United States District Judge