UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

VAPOR TECHNOLOGY
ASSOCIATION, *et al.*,

     *Plaintiffs*

v.

ALLYSON TAYLOR, *et al.*,

     *Defendants*

Civil Action No. 3:24-cv-00074-KKC

---

## ORDER

This action having come before the Court on the motion by Attorney General Russell Coleman, on behalf of the Commonwealth of Kentucky, to intervene in this action and for additional time to file a pleading, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that Attorney General Coleman's motion be, and hereby is, **GRANTED**. Attorney General Coleman shall be permitted to intervene as a Defendant in this action, and shall file the pleading required by Rule 24(c) of the Federal Rules of Civil Procedure within 45 days after the entry of this order.

**SO ORDERED**, on this the _____ day of December, 2024.